1  James R. Hawkins, Esq. SBN192925
   Isandra Fernandez, Esq. SBN220482
2  JAMES HAWKINS, APLC
   9880 Research Drive, Suite 200
3  Irvine, CA 92618
   TEL:   (949) 387-7200
4  FAX:   (949) 387-6676

5  Attorneys for Plaintiff, BENJAMIN FERNANDO MARTINEZ
   On behalf of himself and all others similarly situated

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN FERNANDO MARTINEZ on behalf of himself and all others similarly situated, | Case No.: 3:19-cv-05624-EMC |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a Washington corporation, and DOES 1 through 50, inclusive, | Date: May 19, 2022<br>Time: 1:30 p.m.<br>Courtroom: 5<br>Judge: Hon. Edward M. Chen |
| Defendants. | Trial Date: None Set |

**TO EACH PARTY AND COUNSEL OF RECORD FOR EACH PARTY:**

YOU ARE HEREBY NOTIFIED THAT, on May 19, 2022 at 1:30 p.m. in Courtroom 5_ of the United States District Court, Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff Benjamin Fernando Martinez ("Plaintiff"), on behalf of himself and the proposed Class, will and hereby does move the Court and respectfully requests, without opposition from Defendant Costco Wholesale Corporation

1

1  ("Defendant"), that the Court grant preliminary approval of the parties' Class Action Settlement
2  Agreement ("Settlement" or "Settlement Agreement").

3  Through this Motion, Plaintiff requests that the Court issue an order: granting preliminary
4  approval of the proposed Settlement; granting conditional certification of the Class; appointing
5  Atticus Administration, LLC as the Settlement Administrator; and authorizing the mailing of the
6  proposed Notice of Class Action Settlement. Plaintiff also requests that the Court issue an order
7  approving James R. Hawkins and Isandra Y. Fernandez of James Hawkins, APLC as counsel for
8  Plaintiff and the Class, and approving Plaintiff as the Class Representative. Plaintiff further requests
9  that the Court set a final fairness and approval hearing for _____, 2022 at 1:30 p.m..

10  This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, which
11  provides for court approval of the settlement of a purported class action and allows the court to
12  preliminarily certify a class for settlement purposes. Plaintiff makes this motion on the grounds the
13  Settlement is fair, adequate, and reasonable, is well within the range of reasonableness for possible
14  final approval, and the notice procedures proposed by the parties are adequate to ensure the
15  opportunity for Class Members to participate in, opt out of, or object to the Settlement.

16  The Motion is based upon this notice of motion and motion for preliminary approval of the
17  Settlement, the memorandum of points and authorities concurrently filed herewith in support thereof,
18  along with the [Proposed] Order granting preliminary approval of the Settlement and setting a final
19  approval hearing, the concurrently filed Declarations of Class Counsel James R. Hawkins, the
20  Parties' Class Action Settlement Agreement, attached as Exhibit 1 to the Hawkins Declaration, and
21  the Parties' proposed Notice of Class Action Settlement as Exhibit A to the Settlement, the files and
22  records in this action, and any further evidence and argument that the Court may receive at or before
23  the hearing.
24  ///
25  ///
26  ///
27  ///
28  ///

Pursuant to Local Rule 7-3, the parties' counsels have met and conferred, and Defendant does not oppose this motion.

Respectfully submitted,

Dated: April 8, 2022  JAMES HAWKINS, APLC

  /s/ Isandra Fernandez
James R. Hawkins, Esq.
Isandra Y. Fernandez, Esq.
Attorneys for Plaintiff
Benjamin Fernando Martinez

CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Northern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: April 8, 2022   /s/ Isandra Y. Fernandez
  Isandra Y. Fernandez

I hereby certify that on April 8, 2022, I electronically submitted the forgoing with the Labor and Workforce Development using the LWDA Website: http://www.dir.ca.gov/Private-Attorneys-General-Act

Dated: April 8, 2022   /s/ Isandra Y. Fernandez
  Isandra Y. Fernandez