JAMES HAWKINS, APLC
James R. Hawkins (SBN 192925)
james@jameshawkinsaplc.com
Isandra Fernandez (SBN 220482)
isandra@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone:     (949) 387-7200
Facsimile:     (949) 387-6676

Attorneys for Plaintiff
BENJAMIN FERNANDO MARTINEZ,
on behalf of himself and all others similarly situated

SEYFARTH SHAW LLP
David D. Kadue (SBN 113578)
dkadue@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:     (310) 277-7200
Facsimile:     (310) 201-5219

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988)
cdacre@seyfarth.com
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
Parnian Vafaeenia (SBN 316736)
pvafaeenia@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN FERNANDO MARTINEZ on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:19-cv-05624-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON THE MOTION FOR PRELIMINARY APPROVAL**<br><br>Complaint Filed: June 11, 2019 |

BENJAMIN FERNANDO MARTINEZ ("Plaintiff") and COSTCO WHOLESALE CORPORATION ("Costco") (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly request the Court to Continue the Hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement on the following grounds:

1.      WHEREAS, on April 8, 2022, Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement (the "Motion"). The Motion was set for hearing on May 19, 2022 at 1:30 p.m. (the "Hearing").

2.      WHEREAS, on May 10, 2022, after the deadline to request a continuance of the Hearing on the Motion had passed, the court in another matter venued in Los Angeles County Superior Court rescheduled a joint hearing on a motion for preliminary approval and a motion to intervene to object to settlement to 2:30 p.m. on May 19, 2022. Given the motion to intervene, defense counsel Justin Curley must appear in person in Los Angeles for the hearing.

3.      WHEREAS, on May 16, 2022, the Court ordered the Parties to submit a supplemental brief in support of the Motion by May 18, 2022 at 12:00 p.m. PST. (ECF 43.)

3.      WHEREAS, in light of the unexpected conflict, the Parties have agreed to continue the Hearing on the Motion to Thursday, June 9, 2022 at 1:30 p.m., or, alternatively, Thursday, July 14, 2022 at 1:30 p.m.

The Parties therefore respectfully request that the Hearing on the Motion for Preliminary Approval be continued to either Thursday, June 9, 2022 at 1:30 p.m., or, alternatively, Thursday, July 14, 2022 at 1:30 p.m.  The Parties further request that their deadline submit supplemental briefing be extended from May 18, 2022 to May 27, 2022.

**IT IS SO STIPULATED.**

1   DATED:  May 13, 2022                                      JAMES HAWKINS, APLC

2

3                                                     By:  ___/s/ *Isandra Fernandez*_____

4                                                          James R. Hawkins
                                                         Isandra Fernandez

5                                                        Attorneys for Plaintiff
                                                         BENJAMIN FERNANDO MARTINEZ
6

7   DATED:  May 13, 2022                                      SEYFARTH SHAW LLP

8

9                                                     By:  ___/s/ *Justin Curley*_____

10                                                         Catherine M. Dacre
                                                         Justin T. Curley
11                                                         Parnian Vafaeenia

12                                                         Attorneys for Defendant
                                                         COSTCO WHOLESALE CORPORATION
13

14   I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of
     this document.

15   ___*/s/ Justin T. Curley*_____
16   Justin T. Curley

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Good cause appearing and pursuant to the Parties' above stipulation, the Court GRANTS the Parties' request to continue the preliminary approval hearing in this matter.

The Preliminary Approval hearing in this matter is continued to: _____, 2022.  The Parties' deadline to submit a supplemental brief per ECF 43 is extended to May 27, 2022.

**IT IS SO ORDERED.**

DATED:  May __, 2022

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON THE MOTION FOR
PRELIMINARY APPROVAL / CASE NO. 3:19-CV-05624-EMC

83549813v.1