James R. Hawkins, Esq. SBN192925
Isandra Fernandez, Esq. SBN220482
Lance Dacre, Esq. SBN190305
Kacey E. Cook, Esq. SBN337905
JAMES HAWKINS, APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
TEL:   (949) 387-7200
FAX:   (949) 387-6676
Attorneys for Plaintiff, BENJAMIN FERNANDO MARTINEZ
On behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN FERNANDO MARTINEZ on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-05624-EMC<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT.**<br><br>Date:        January 19, 2023<br>Time:       1:30 p.m.<br>Courtroom: 5<br>Judge:       Hon. Edward M. Chen<br><br>Trial Date:  None Set |

**TO EACH PARTY AND COUNSEL OF RECORD FOR EACH PARTY:**

YOU ARE HEREBY NOTIFIED THAT, on January 19, 2023 at 1:30 p.m. in Courtroom 5 of the United States District Court, Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff Benjamin Fernando Martinez ("Plaintiff"), on behalf of himself and the proposed Class, will and hereby does move the Court and respectfully requests, without opposition from Defendant Costco Wholesale Corporation ("Defendant"), that the Court grant final approval of the parties' Class Action Settlement Agreement ("Settlement" or "Settlement Agreement").

The motion is made on the grounds that the Settlement, which was reached after arms'-length

negotiations by counsel for the Parties, is fair and reasonable, has drawn a favorable response from the Class (less than one half percent of opt-outs and no objections), and should be given final approval by the Court for the reasons set forth in the accompanying memorandum in support of the motion.

This motion is based on this notice; the concurrently filed Memorandum, along with all exhibits and declarations thereto, any and all papers previously filed herein, in support of the motion; the declaration of Bryn Bridley of Atticus Administration, Inc.; the declaration of James R. Hawkins, in support of the motion, and Plaintiff's Motion for Attorney's Fees, Costs, and Class Representative Enhancement Award; the [Proposed] Order Granting Final Approval of Class Action Settlement; the Court's record of this matter; all matters of which the Court may take notice; and any oral or documentary evidence presented at the hearing on the motion.

Pursuant to Local Rule 7-3, the parties' counsels have met and conferred, and Defendant does not oppose this motion.

Respectfully submitted,

Dated: December 15, 2022          JAMES HAWKINS, APLC


*/s/ Kacey Cook*
James R. Hawkins, Esq.
Isandra Y. Fernandez, Esq.
Lance Dacre, Esq.
Kacey E. Cook, Esq.
Attorneys for Plaintiff and the Class

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2022 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Northern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: December 15, 2022          <u>/s/ Kacey Cook</u>
                                  Kacey Cook

I hereby certify that on December 15, 2022, I electronically submitted the forgoing with the Labor and Workforce Development using the LWDA Website: http://www.dir.ca.gov/Private-Attorneys-General-Act

Dated: December 15, 2022          <u>/s/ Kacey Cook</u>
                                  Kacey Cook